# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT VENTURA, ET AL : | |
|     Plaintiffs : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-544 (JCH) |
| : | |
| ENVIRONMENTAL WORKERS : | |
| OF AMERICA, INC. | |
|     Defendant : | DECEMBER 22, 2003 |

## REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion which is currently pending (orefm.):

  √   A settlement conference (orefmisc./cnf)

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 22nd day of December, 2003.

                                                   /s/Janet C. Hall
                                                   Janet C. Hall
                                                   United States District Judge