HONORABLE __HALL__   CT/cvjysel (January 18, 2002)
DEPUTY CLERK __Doroskey__   RPTR/ERO/TAPE __FINKELSTEIN__

TOTAL TIME: ___ hours __10__ minutes

DATE __12-9-03__   START TIME __10:00__   END TIME __10:10__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__VENTURA__

vs.

__ENVIROMENTAL__

CIVIL NO. __3:02CV544JCH__

§
§                           __VINCENT O'HARA__
§                            Plaintiffs Counsel
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                           __GARLICH__
§                            Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ....... ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .......  _____       ☐ filed ☐ docketed
☐ .......  _____       ☐ filed ☐ docketed
☐ .......  _____       ☐ filed ☐ docketed
☐ .......  _____       ☐ filed ☐ docketed
☐ .......  _____ # jurors present
☐ .......  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ .......  Voir Dire by Court
☐ .......  Peremptory challenges exercised (See attached)
☐ .......  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ .......  Remaining jurors excused
☐ .......  Discovery deadline set for _____
☐ .......  Disposition Motions due _____
☐ .......  Joint trial memorandum due _____
☐ .......  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK