UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ventura et al.,                :
    Plaintiffs             :
                               :
v.                             :   CIV. NO. 3:02cv544 (JCH)
                               :
Environmental Workers,         :
    Defendant              :

### ORDER

A settlement conference was scheduled in this case for March 4, 2004. Although defendant's counsel was in attendance, a representative for the defendant failed to appear. The court was unable to conduct productive settlement discussions as a result.

The court orders sanctions against the defendant for failing to appear at the conference. Defendant shall reimburse plaintiff and plaintiff's counsel for costs incurred in attending the conference. Plaintiff shall submit a letter itemizing attorney's fees and costs for the court's approval.

The settlement conference is rescheduled for March 24, 2004 at 10 a.m. A representative for the defendant is ordered to appear. However, if the parties are able to confer and reach a settlement agreement prior to the conference date, the court will reconsider and reduce the above sanction.

SO ORDERED at Bridgeport this 16th day of March 2004.

                                             ____/s/_____
                                             HOLLY B. FITZSIMMONS
                                             UNITED STATES MAGISTRATE JUDGE