FILED

2004 MAR 29 P 12: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------x
ROBERT VENTURA, in his fiduciary capacity :
As Trustee for the ASBESTOS WORKERS :
NEW YORK/NEW ENGLAND ANNUITY, :
HEALTH AND EDUCATION & TRAINING :
FUNDS and the INTERNATIONAL ASSOCIATION :
OF HEAT AND FROST INSULATORS AND ASBESTOS:
WORKERS LOCAL NO. 201 :
                                      :
            Plaintiffs                 :          CIVIL ACTION NO.
                                      :          3 02-CV-554 (JCH)
    v.                                   :
                                      :
ENVIRONMENTAL WORKERS OF AMERICA, INC. :
And JOHN or JANE DOE FIDUCIARY :
                                      :
           Defendants                :
------------------------------------------------------------------------x        MARCH 26, 2004

### REQUEST FOR LEAVE TO AMEND ANSWER
### BY FILING COUNTERCLAIM

Pursuant to Federal Rules of Civil Procedure 13(f) and 15, Defendant respectfully requests leave to amend its Answer by filing the Counterclaim attached hereto.

DEFENDANT, ENVIRONMENTAL WORKERS
OF AMERICA, INC.


By _____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Federal Bar No. ct5627