UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
ROBERT VENTURA, in his fiduciary capacity :
As Trustee for the ASBESTOS WORKERS :
NEW YORK/NEW ENGLAND ANNUITY, :
HEALTH AND EDUCATION & TRAINING :
FUNDS and the INTERNATIONAL ASSOCIATION :
OF HEAT AND FROST INSULATORS AND ASBESTOS :
WORKERS LOCAL NO. 201 :
                                                                     :
              Plaintiffs                          :            CIVIL ACTION NO.
                                                           :            3 02-CV-554 (JCH)
    v.                                              :
                                                            :
ENVIRONMENTAL WORKERS OF AMERICA, INC. :
And JOHN or JANE DOE FIDUCIARY :
                                                            :
             Defendants                      :
-------------------------------------------------------------------x          APRIL 2, 2004

### DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO REQUEST FOR LEAVE TO AMEND ANSWER

Defendant files this response to the Plaintiff's objection (dated April 1, 2004) to the Defendant's Request for leave to Amend Answer by Filing Counterclaim. Defendant's proposed Counterclaim would not result in any delay of the trial (scheduled for June 2, 2004), and Plaintiff's objection should therefore be overruled.

Defendant seeks to plead a two-count Counterclaim. The First Count alleges that Plaintiff has not properly accounted for all payments made by Defendant to Plaintiff during the audit period, and that Plaintiff therefore owes Defendant for any overpayments made by Defendant. There is no further discovery or preparation required with regard to this claim, as the outcome of this claim will be determined entirely by the presentation of Plaintiff's case (*i.e.* it will be established through examination and cross-examination of Plaintiff's witnesses whether either party owes any money to the other party).

The Second Count of the Counterclaim alleges an agreement between Plaintiff and Defendant, under which agreement Plaintiff was to reimburse Defendant for the cost of a certain training program. As indicated in Plaintiff's Objection, this claim was raised in response to Plaintiff's Motion for Summary Judgment, so it is of no surprise to Plaintiff. In addition, the joint pretrial memorandum that must be filed by May 4, 2004 will contain the names and expected testimony of Defendant's witnesses with regard to this claim, so that Plaintiff will have adequate time to prepare for the trial of this claim. This is especially true in light of Plaintiff's position that such an agreement never even existed.

2

For the reasons set forth herein, Defendant respectfully requests that the Court overrule Plaintiff's objection and allow Defendant to amend its Answer by adding the two-count Counterclaim dated March 26, 2004.

DEFENDANT, ENVIRONMENTAL WORKERS
OF AMERICA, INC.

By _____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Federal Bar No. ct5627

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 2nd day of April, 2004 to the following counsel of record:

>Vincent F. O'Hara, Esq.
>Holm & O'Hara
>420 Lexington Avenue, Suite 1745
>New York, New York 10170

>*[signature]*
>Gerald L. Garlick

001694/00001/lib002/21132.1