UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------X

ROBERT VENTURA, in his fiduciary capacity as a Trustee for the ASBESTOS WORKERS NEW YORK/NEW ENGLAND ANNUITY, HEALTH AND EDUCATION & TRAINING FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL NO. 201,

                            Plaintiffs,

      -against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and JOHN or JANE DOE FIDUCIARY,

                            Defendants.

-----------------------------------------------------------------------X

AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PARTIES' JOINT PRETRIAL MEMORANDUM

3 02-CV-554 (JCH)

FILED
2004 MAY -7 P 2:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SUBMIT PARTIES' JOINT PRETRIAL MEMORANDUM**

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

VINCENT F. O'HARA, ESQ., being duly sworn, deposes and says:

      1.     I am an attorney duly admitted to practice before the United States District Court for the District of Connecticut. The law firm of Holm & O'Hara LLP, of which I am a member, maintains an office located at 73 Main Street, PO Box 215, Sharon, Connecticut, 06069. My firm represents the Plaintiffs in the above-captioned action, ROBERT VENTURA, in his

1

fiduciary capacity as a Trustee for the ASBESTOS WORKERS NEW YORK/NEW ENGLAND ANNUITY, HEALTH AND EDUCATION & TRAINING FUNDS ("FUNDS") and the INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL NO. 201 ("LOCAL 201"), and I am the attorney of record in this action. As such I am full familiar with the facts and circumstances of this action.

2. I submit this Affidavit in support of Plaintiffs' Motion For An Extension of Time To Submit Parties' Joint Pretrial Memorandum.

3. On Thursday, April 22, 2004 I became engaged in an emergency dispute between another one of my clients, the Brotherhood of Locomotive Engineers Division 269 ("BLE"), and the MTA Long Island Rail Road ("LIRR").

4. On Monday, April 26, 2004, I filed, on behalf of the BLE, a Complaint in the United States District Court for the Eastern District of New York (04-CV-1713), seeking equitable relief in the form of a permanent injunction against the LIRR.

5. On Tuesday, April 27, 2004, I filed, on behalf of the BLE, an Order To Show Cause seeking a Temporary Restraining Order and Preliminary Injunction, against the LIRR. Along with counsel for the LIRR at the District Court, I also engaged in an argument by telephone conference call with the Honorable Sandra J. Feuerstein with regard to that matter.

6. On Wednesday, April 28, 2004, I appeared in a Hearing before the Honorable Sandra J. Feuerstein with regard to the BLE's above-referenced Order to Show Cause at the United States District Court in Central Islip, New York. The Judge ruled from the bench at approximately 3:00 p.m.

7. On Thursday morning, April 29, 2004, I telephoned Attorney Gerald L. Garlick, Esq. of Krasow, Garlick & Hadley, LLC, counsel for the Defendant Environmental Workers of America, Inc., and advised him that I needed an extension of time with regard to the submission of the parties' Joint Pretrial Memorandum due to the unexpected injunction litigation. Attorney Garlick advised me that he had no objection to my request for an extension of the submission deadline to May 10, 2004.

8. Prior to this current motion, Plaintiffs have not made any prior motions for an extension of time with respect to the submission date for the parties' Joint Pretrial Memorandum.

9. In light of my recent client-related scheduling emergencies, the joint nature and importance of the parties' submission, the few number of days remaining until the current submission date, and upon no opposition or objection from opposing counsel, I respectfully request that this Court grant my request to extend the submission date for the parties' Joint Pretrial Memorandum until Monday, May 10, 2004, with all other scheduled conferences, deadlines and trial dates to remain the same.

Dated: New York, New York
April 29, 2004

                                          HOLM & O'HARA LLP
                                          Attorneys for Plaintiffs

                                          By: _____
                                          Vincent F. O'Hara, Esq.
                                          Federal Bar: CT04389
                                          73 Main Street
                                          P.O. Box 215
                                          Sharon, Connecticut 06069
                                          (800) 580-2280

Sworn to before me this
29th day of April 2004

_____
Notary Public

                        MONIQUE D. RHEAMS
                      Notary Public, State of New York
                           No. 01RH5079742
                       Qualified in Queens County
                      Commission Expires June 6, 20 07

To:    Gerald L. Garlick, Esq.
        Krasow, Garlick & Hadley, LLC
        One State Street
        Hartford, CT 06103
        (860) 549-7100

L:\Vfo\Asbestos 201\4205.003\Affidavit Time Extension.doc

UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------------X

ROBERT VENTURA, in his fiduciary capacity as a Trustee for
the ASBESTOS WORKERS NEW YORK/NEW ENGLAND
ANNUITY, HEALTH AND EDUCATION & TRAINING
FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL NO. 201,

                            Plaintiffs,

            -against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and
JOHN or JANE DOE FIDUCIARY,

                            Defendants.

-----------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

3 02-CV-554 (JCH)

STATE OF NEW YORK   )
                               )ss:
COUNTY OF NEW YORK  )

        I, Christopher T. Kurtz, Esq., having been duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Eastchester, New York.

        On April 29, 2004, I served a true copy of:

1) "Affidavit in Support of Plaintiffs' Motion For An Extension Of Time To Submit Parties' Joint Pretrial Memorandum;

        via overnight mail in a sealed envelope, with postage prepaid thereon addressed to the last known address of the address as indicated below:

        Gerald L. Garlick, Esq.
        Krasow, Garlick & Hadley, LLC
        One State Street
        Hartford, CT 06103

                                                                    Christopher T. Kurtz, Esq.

Sworn to before me this 29th
day of April 2004

_____
Notary Public

MONIQUE D. RHEAMS
Notary Public, State of New York
No. 01RH5079742
Qualified in Queens County
Commission Expires June 6, 20 07

L:\VFO\Asbestos 201\4205.003\Aff.ServiceExtension-02.doc