UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT

FILED
2004 MAY -7 P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------------------------------------------------X

ROBERT VENTURA, in his fiduciary capacity as a Trustee for
the ASBESTOS WORKERS NEW YORK/NEW ENGLAND
ANNUITY, HEALTH AND EDUCATION & TRAINING
FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL NO. 201,

           PLAINTIFFS' NOTICE
           OF MOTION FOR
           EXTENSION OF TIME
           TO SUBMIT PARTIES'
           JOINT PRETRIAL
           MEMORANDUM

Plaintiffs,

3 02-CV-544 (JCH)

-against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and
JOHN or JANE DOE FIDUCIARY,

Defendants.

-----------------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF MOTION FOR AN EXTENSION OF TIME
TO SUBMIT PARTIES' JOINT PRETRIAL MEMORANDUM**

PLEASE TAKE NOTICE that upon the attached Affidavit of Vincent F. O'Hara, Esq., sworn to on April 29, 2004, and upon the Complaint herein, Plaintiffs will move this Court, Honorable Janet C. Hall, U.S.D.J., in Room _____, United States Courthouse, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, on the 30th day of April, 2004, or as soon thereafter as counsel can be heard, for an Order pursuant to Local Rule 7(b) of the Local Rules for the District of Connecticut granting an extension of time for the submission of the parties' Joint Pretrial Memorandum, from May 4, 2004 until May 10, 2004,

1

[Handwritten margin note: Motion Granted. Conference rescheduled to 5/27/00 on 11:00. So Ordered. [signature] 4/30/04]

with all other scheduled conferences, deadlines and trial dates to remain the same.

Dated: New York, New York
April 29, 2004

Very truly yours,

HOLM & O'HARA LLP
Attorneys for Plaintiffs

By: /s/ Vincent F. O'Hara
Vincent F. O'Hara, Esq.
Federal Bar: CT04389
73 Main Street
P.O. Box 215
Sharon, Connecticut 06069
Telephone: (800) 580-2280

To: Gerald L. Garlick, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
(860) 549-7100

L:\Vfo\Asbestos 201\4205.003\Affidavit Time Extension.doc

L:VFO/ASBESTOS/4205.003/NoticeofMotionSJ-1.doc

2

UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT
---------------------------------------------------------------------------X
ROBERT VENTURA, in his fiduciary capacity as a Trustee for
the ASBESTOS WORKERS NEW YORK/NEW ENGLAND
ANNUITY, HEALTH AND EDUCATION & TRAINING
FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL NO. 201,

**AFFIDAVIT OF SERVICE**

3 02-CV-554 (JCH)

Plaintiffs,

-against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and
JOHN or JANE DOE FIDUCIARY,

Defendants.
---------------------------------------------------------------------------X

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NEW YORK    )

I, Christopher T. Kurtz, Esq., having been duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Eastchester, New York.

On April 29, 2004, I served a true copy of:

1) "Plaintiffs' Notice Of Motion For An Extension Of Time To Submit Parties' Joint Pretrial Memorandum"; and

via overnight mail in a sealed envelope, with postage prepaid thereon addressed to the last known address of the address as indicated below:

Gerald L. Garlick, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103

_____
Christopher T. Kurtz, Esq.

Sworn to before me this 29th
day of April 2004

_____
Notary Public

MONIQUE D. RHEAMS
Notary Public, State of New York
No. 01RH5079742
Qualified in Queens County
Commission Expires June 6, 2007

L:\VFO\Asbestos 201\4205.003\Aff.ServiceExtension.doc