UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
ROBERT VENTURA, in his fiduciary capacity :
As Trustee for the ASBESTOS WORKERS :
NEW YORK/NEW ENGLAND ANNUITY, :
HEALTH AND EDUCATION & TRAINING :
FUNDS and the INTERNATIONAL ASSOCIATION :
OF HEAT AND FROST INSULATORS AND ASBESTOS:
WORKERS LOCAL NO. 201 :
:
               Plaintiffs                    :       CIVIL ACTION NO.
                                        :       3 02-CV-554 (JCH)
     v. :
:
ENVIRONMENTAL WORKERS OF AMERICA, INC. :
And JOHN or JANE DOE FIDUCIARY :
:
               Defendants :
---------------------------------------------------------------x

### DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (PURSUANT TO FINAL PRE-TRIAL ORDER)

1. Defendant made payments to Plaintiff pursuant to the collective bargaining agreement between Plaintiff and Defendant (the "Agreement").

2. Plaintiff failed to properly credit or account for all of the payments made by Defendant.

3. Defendant has paid Plaintiff amounts in excess of the amounts owed by Defendant under the Agreement, and Plaintiff has been unjustly enriched by such payments.

4. Plaintiff has failed to return those excess payments to Defendant.

5. Part of the amounts claimed by Plaintiff to be owed by Defendant represent payments to an organizing fund.

6. The Agreement does not provide for an organizing fund.

7. Defendant is not liable to Plaintiff for any payments to an organizing fund.

8. Judgment shall enter for the Defendant in an amount, to be determined by the Court, representing the excess payments made by Defendant to Plaintiff under the Agreement.

DEFENDANT, ENVIRONMENTAL WORKERS OF AMERICA, INC.

By /s/ Gerald L. Garlick
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
E-Mail Address: ggarlick@krasowgarlick.com
Federal Bar No. ct5627

001694/00001/lib002/21288.1
WP\C:\Court Forms\Proposed Findings