FILED

2004 MAY 18 P 1: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x
ROBERT VENTURA, in his fiduciary capacity :
As Trustee for the ASBESTOS WORKERS :
NEW YORK/NEW ENGLAND ANNUITY, :
HEALTH AND EDUCATION & TRAINING :
FUNDS and the INTERNATIONAL ASSOCIATION :
OF HEAT AND FROST INSULATORS AND ASBESTOS:
WORKERS LOCAL NO. 201 :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs　　　　　　　　　　　: CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　　　　　　　: 3 02-CV-554 (JCH)
　　　v.　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
ENVIRONMENTAL WORKERS OF AMERICA, INC. :
And JOHN or JANE DOE FIDUCIARY :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　　　　　　　: MAY 17, 2004
---------------------------------------------------------------------x

**DEFENDANT'S SUPPLEMENT TO
JOINT PRETRIAL MEMORANDUM OF LAW**

For the reasons set forth herein, Defendant files this supplement to the Joint Pretrial Memorandum dated May 13, 2004.

In accordance with the Court's Final Pretrial Order, counsel for the Plaintiffs and counsel for the Defendant, over a period of several days, exchanged draft copies of and revisions to a Joint Pretrial Memorandum (the "Memorandum"). On May 13, 2004, Plaintiffs' counsel e-

mailed to Defendant's counsel the final version of the Memorandum. Defendant's counsel agreed to the contents of the Memorandum, and, in accordance with various telephone conversations between respective counsel, Defendant's counsel sent to Plaintiffs' counsel an original signature page, signed by Defendant's counsel, to be attached to the Memorandum.

On May 17, 2004, Defendant's counsel received a copy of the Memorandum as filed with the Court, and Defendant's counsel noticed that there had been a change made to one provision, so that it was different than the provision to which Defendant's counsel had agreed. The change was made in the opening paragraph of Section 6 ("Nature of Case").

In the final version of the Memorandum to which Defendant's counsel agreed, Section 6 defined the "Agreement" as the Collective Bargaining Agreement executed on May 25, 1995. The Memorandum filed with the Court, however, defines the "Agreement" as collectively meaning the Collective Bargaining Agreement executed on May 25, 1995 and a Collective Bargaining Agreement that was previously executed on May 11, 1994.

Defendant did not agree to such a definition and would not have agreed to such a definition, because one of the issues in this case is the identification of the operative agreement that governs Plaintiff's claims. The Complaint in this case refers only to the 1995 Agreement, and makes no mention of the 1994 Agreement. It is the Defendant's position that the 1995

Agreement superseded and replaced the 1994 Agreement, so that the 1994 Agreement has no effect on the claims made in Plaintiffs' Complaint (other than, possibly, any claim for payments owed prior to the effective date of the 1995 Agreement). Had a reference to the 1994 Agreement been included in the Memorandum that was presented to Defendant's counsel as the final Memorandum, Defendant's counsel would have objected and would have required the Memorandum to note that Defendant took issue with any claim that the 1994 Agreement governed any of the claims in this case.

Defendant's position with regard to the issue of the operative agreement between the parties is reflected in Section 6, Part (c) ("Defenses Pursued at Trial") of the Memorandum.

DEFENDANT, ENVIRONMENTAL WORKERS
OF AMERICA, INC.

By _____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
E-Mail Address: ggarlick@krasowgarlick.com
Federal Bar No. ct5627

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed this 17th day of May, 2004 to the following counsel of record:

> Vincent F. O'Hara, Esq.
> Holm & O'Hara, LLP
> 420 Lexington Avenue
> New York, NY 10170-0170
> (Attorney for Plaintiffs)

_____
Gerald L. Garlick, Esq.

001694/00001/21529.1