UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT VENTURA, ET AL

V.                                Case Number: 3:02cv544JCH

ENVIRONMENTAL WORKERS
OF AMERICA, INC. ET AL

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on 5/25/3004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 24, 3004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 26, 2004.


KEVIN F. ROWE, CLERK

By:   /s/Catherine Boroskey
      Catherine Boroskey
      Deputy Clerk