ORIGINAL

UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
ROBERT VENTURA, in his fiduciary capacity as a Trustee for
the ASBESTOS WORKERS NEW YORK/NEW ENGLAND
ANNUITY, HEALTH AND EDUCATION & TRAINING
FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL NO. 201,

                              Plaintiffs,

                          -against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and
JOHN or JANE DOE FIDUCIARY,

                              Defendants.
-------------------------------------------------------------X

STIPULATION OF
SETTLEMENT AND
CONSENT ORDER

3 02-CV-554 (JCH)

        Whereas, defendant ENVIRONMENTAL WORKERS OF AMERICA, INC. ("EWA") executed two (2) collective bargaining agreements for the removal and abatement of asbestos with the INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL NO. 201 ("LOCAL 201"), with the first collective bargaining agreement effective on and after May 11, 1994 ("94 CBA"), and the second collective bargaining agreement effective on and after May 25, 1995 ("95 CBA")(collectively "AGREEMENT"); and

        Whereas, the AGREEMENT requires EWA to submit fringe benefit contributions and EWA remittance reports to plaintiff ASBESTOS WORKERS NEW YORK/NEW ENGLAND ANNUITY, HEALTH AND EDUCATION & TRAINING FUNDS ("FUNDS") and submit union dues and assessments to LOCAL 201; and

        Whereas EWA performed work that was covered by the AGREEMENT during the period January 1, 1995 through September 30, 1999; and

        Whereas, the FUNDS conducted an audit of EWA's books and records for the time period January 1, 1995 through September 30, 1999, and found an estimated fringe benefit contribution and union dues delinquency due and owing by EWA to the FUNDS and LOCAL 201 in the amount of $33,011.00; and

Page 1 of 4

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiffs ROBERT VENTURA in his fiduciary capacity as a Trustee of the FUNDS and as Business Manager of LOCAL 201, the FUNDS and LOCAL 201 (collectively, "PLAINTIFFS"), as represented by Holm & O'Hara LLP, and defendants EWA and JOHN or JANE DOE FIDUCIARY (collectively "EWA"), as represented by Gerald L. Garlick, Esq. of Krasow, Garlick & Hadley, LLC, that EWA's failure to pay fringe benefit contributions to the FUNDS and union dues and assessments to LOCAL 201 is settled upon the following terms and conditions:

1. EWA agrees to remit to the PLAINTIFFS $16,000.00 in fringe benefit contributions, and union dues and assessments, for the period January 1, 1995 to September 30, 1999;

2. To satisfy the $16,000.00 total amount due and owing to the FUNDS and LOCAL 201, as detailed in paragraph "1", EWA agrees to remit four (4) monthly payments to the FUNDS in accordance with the following payment schedule:

   a) a payment of $4,000.00 delivered on June 30, 2004; and
   b) a payment of $4,000.00 delivered on July 31, 2004; and
   c) a payment of $4,000.00 delivered on August 31, 2004; and
   d) a final payment of $4,000.00 delivered on September 30, 2004.

3. In the event of EWA's failure to timely make any payment provided for herein as it comes due or to meet any other term of this ORDER, then EWA shall be in default and PLAINTIFFS may, after ten (10) days written notice to EWA and its counsel of record by first class mail (and provided that EWA does not cure such default within ten (10) days after such notice) forthwith take all steps necessary to enter a default judgment with the clerk of the court, against EWA, as per the attached Stipulation of Judgment (Exhibit "A"), for the full amount of the indebtedness, $33,011.00, as set forth in the FUNDS' audit for the period January 1, 1995 through September 30, 1999, less any amounts paid by the EWA in accordance with this ORDER, and to that amount shall be added all accrued interest to date, 20% liquidated damages, costs and disbursements, and attorneys' fees, to the fullest extent permitted by law.

4. Upon the timely payment of all monies due and owing as set forth above in Paragraphs "1" and "2", this ORDER shall serve to release non-party entity EWA, LLC ("LLC") from liability with respect to those debt amounts which were accrued by EWA during the period January 1, 1995 through September 30, 1999.

5. Upon the execution by EWA of each of the following: a) this ORDER; b) the Stipulation of Judgment enclosed as Exhibit "A", c) the Release enclosed as Exhibit "B"; and d) full payment of the amounts set forth in Paragraphs "1" and "2" herein, the PLAINTIFFS will deliver to the EWA and LLC the two (2) executed Releases enclosed as Exhibit "C" and Exhibit "D" respectively.

6. This ORDER shall serve as a resolution of all claims the PLAINTIFFS maintain against EWA for the sums owed as specified in paragraphs "1" through "2", only after complete payment by EWA of the amounts contained in paragraph "2" of this ORDER;

7. EWA shall remit payment to the PLAINTIFFS as follows: a) by check payable to the order of "Holm & O'Hara LLP as escrow agent"; and b) by mail or hand delivery, to the offices of the Plaintiffs' escrow agent, Holm & O'Hara LLP at 420 Lexington Avenue, Suite 1745, New York, New York 10170;

8. No waiver of any breach or default hereunder shall be considered valid unless in writing and signed by the party giving such waiver, and no such waiver shall operate or be construed as a waiver of any subsequent breach or default of the same or similar nature;

9. No provision of this ORDER shall be modified, amended, extended, discharged, terminated or waived except by a writing specifically referring to this ORDER signed by all parties hereto;

10. Notices to be sent to Todd Scyocurka at EWA 92 Moody Street, Ludlow, MA 01056 with copy to Gerald L. Garlick, Esq.

11.   The individual signing on behalf of EWA hereby affixes his signature on behalf of the corporation and represents by his signature his authority to bind the corporation to all obligations provided for in this ORDER.

Dated: Ludlow, Massachusetts
       May 28, 2004

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| **ASBESTOS WORKERS NEW YORK/ NEW ENGLAND ANNUITY, HEALTH AND EDUCATION & TRAINING FUNDS** | **ENVIRONMENTAL WORKERS OF AMERICA, INC.** |
| **INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL NO. 201** | By: _[signature]_ Todd Scyocurka, Authorized Agent 92 Moody Street Ludlow, MA 01056 |
| By: _[signature]_ Robert Ventura Trustee of the FUNDS & Business Manager of LOCAL 201 | |
| **HOLM & O'HARA LLP** Attorneys for Plaintiffs | **KRASOW, GARLICK & HADLEY, LLC** Attorneys for Defendant, Environmental Workers of America, Inc. |
| By: _[signature]_ Vincent F. O'Hara, Esq. Federal Bar: CT04389 73 Main Street Sharon, CT 06069 (800) 580-2280 | By: _[signature]_ Gerald L. Garlick, Esq. Federal Bar: CT 05627 Krasow, Garlick & Hadley, LLC One State Street Hartford, CT 06103 (860) 549-7100 |

SO ORDERED: _____
The Honorable Janet C. Hall
United States District Judge

L:\VFO\ASBESTOS\4205.003\Stip-Settlement.doc

UNITED STATES DISTRICT COURT for the
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------X
ROBERT VENTURA, in his fiduciary capacity as a Trustee for
the ASBESTOS WORKERS NEW YORK/NEW ENGLAND
ANNUITY, HEALTH AND EDUCATION & TRAINING
FUNDS and the INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS LOCAL NO. 201,

**STIPULATION OF JUDGMENT**

3 02-CV-554 (JCH)

Plaintiffs,

-against-

ENVIRONMENTAL WORKERS OF AMERICA, INC. and
JOHN or JANE DOE FIDUCIARY,

Defendants.
-----------------------------------------------------------------------X

COMMONWEALTH OF MASSACHUSETTS   )
                                )ss:
COUNTY OF ___HAMPDEN___         )

Todd Scyocurka, being duly sworn, deposes and says:

1. I sign this affidavit on behalf of Environmental Workers of America, Inc., as an obligee;

2. I am the authorized agent of Environmental Workers of America, Inc. and have the authority to enter into agreements on its behalf;

3. The last-known corporate address of Environmental Workers of America, Inc. is 92 Moody Street, Ludlow, Massachusetts 01056;

4. I hereby stipulate to judgment on behalf of Environmental Workers of America, Inc. and authorize entry thereof against Environmental Workers of America, Inc. in the sum of $33,011.00 less any payments previously made on account of the said sum;

5. The plaintiff Asbestos Workers New York/New England Annuity and Health Funds are administered and maintain an office at 60 North Main Street, P.O. Box 5817, Wallingford, Connecticut 06492. The plaintiff Asbestos Workers New York/New England Education & Training Fund is administered and maintains an office located at P.O. Box 2010, Wappingers, New York 12590. The plaintiff International Association of

Exhibit "A"

Heat and Frost Insulators and Asbestos Workers Local No. 201 maintains an office located at P.O. Box 2010, Wappingers, New York 12590.

6. This Stipulation of Judgment is for a debt justly due to plaintiffs arising from the Stipulation of Settlement and Consent Order in <u>Robert Ventura, et al. v. Environmental Workers of America, Inc., et al.</u>, 3-02-CV-554, D. Conn., (JCH), and based on the following facts: Plaintiffs are owed delinquent fringe benefit contributions and union dues and assessment check-offs, pursuant to two (2) collective bargaining agreements between International Association of Heat and Frost Insulators and Asbestos Workers Local No. 201 and Environmental Workers of America, Inc. EWA is liable to plaintiffs in the amounts recited in paragraphs "6" through "7" above, based on the Stipulation of Settlement and Consent Order in this matter; and

7. I have been represented by and consulted with an attorney prior to signing this document.

Dated: Ludlow, Massachusetts

May 28, 2004

_____
Todd Scyocurka, Authorized Agent on behalf of
ENVIRONMENTAL WORKERS OF AMERICA, INC.
92 Moody Street
Ludlow, Massachusetts 01056

Sworn to before me this
28th day of May, 2004

_Stacy Desrochers_
Notary Public

L:\Vfb\ASBESTOS\4205.003\StipJmt-EWA.doc

STACY DESROCHERS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 27, 2007

Exhibit "A"

## RELEASE

*TO ALL WHOM THESE PRESENTS SHALL COME OR CONCERN*, know that Environmental Workers of America, Inc., a corporation formerly organized under and existing by virtue of the laws of the Commonwealth of Massachusetts, located at 92 Moody Street, Ludlow, Massachusetts 01056; and John or Jane Doe Fiduciary, a fiduciary of Environmental Workers of America, Inc. within the meaning of the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq*. ("ERISA") (collectively "RELEASOR"), in consideration of its acknowledged payment of the sum of Sixteen Thousand Dollars ($16,000.00) to Holm & O'Hara LLP as escrow agent for Asbestos Workers New York/New England Annuity, Health and Education & Training Funds, and the International Association of Heat and Frost Insulators and Asbestos Workers Local No. 201, (collectively "RELEASEE"), hereby

1. Release and discharge RELEASEE, RELEASEE'S employees, agents, fiduciaries, representatives, successors and assigns from any and all counterclaims and/or reimbursement requests arising from RELEASEE's claims for delinquent fringe benefit contributions and union dues and assessments owed to RELEASEE relating to work performed by RELEASEE on behalf of RELEASOR during the period January 1, 1995 through September 30, 1999, which were made or could have been made, and which were covered by the Settlement and Consent Order agreed to by the parties in this action (3-02-CV-554)(JCH).

2. This RELEASE may not be changed orally.

Exhibit "B"

IN WITNESS WHEREOF, the RELEASOR has caused this RELEASE to be executed by its duly authorized officer(s) this 28 day of May, 2004.

In presence of:    **Todd Scyocurka**

_____
Authorized Agent of Environmental Workers of America, Inc.


COMMONWEALTH OF MASSACHUSETTS )
                              ) ss.:
COUNTY OF  HAMPDEN            )

On May 28, 2004, before me Todd Scyocurka personally came to me known, who by me duly sworn, did depose and say that deponent is the person described herein, and who executed the foregoing RELEASE, and that deponent signed deponent's name thereto.

_____
Notary Public

> STACY DESROCHERS
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> September 27, 2007

Exhibit "B"

## RELEASE

*TO ALL WHOM THESE PRESENTS SHALL COME OR CONCERN*, know that Asbestos Workers New York/New England Annuity and Health Funds, a multiemployer employee benefit plan within the meaning of the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.* ("ERISA"), located at 60 North Main Street, P.O. Box 5817, Wallingford, Connecticut 06492; Asbestos Workers New York/New England Education & Training Fund, a multiemployer employee benefit plan within the meaning of ERISA, located at P.O. Box 2010, Wappingers, New York 12590; and the International Association of Heat and Frost Insulators and Asbestos Workers Local No. 201, an association formed under the laws of the State of New York and a labor organization within the meaning of 29 U.S.C. § 185, located at P.O. Box 2010, Wappingers, New York 12590 (collectively "RELEASOR"), in consideration of the sum of Sixteen Thousand Dollars ($16,000.00), received from Environmental Workers of America, Inc. and John or Jane Doe Fiduciary (collectively "RELEASEE"), receipt whereof is hereby acknowledged, hereby

1. Release and discharge RELEASEE, RELEASEE'S employees, agents, fiduciaries, representatives, officers, directors, successors and assigns from any and all claims for delinquent fringe benefit contributions, union dues, assessments, penalties, liquidated damages interest, costs and attorney's fees owed to RELEASOR relating to work performed by RELEASOR on behalf of RELEASEE during the period January 1, 1995 through September 30, 1999.

2. This RELEASE may not be changed orally.

Exhibit "C"

IN WITNESS WHEREOF, the RELEASOR has caused this RELEASE to be executed by its duly authorized officer(s) this 26th day of May, 2004.

In presence of:

Robert Ventura

_____
Trustee of the Asbestos Workers New York/
New England Annuity, Health and Education &
Training Funds

_____
Business Manager of the International Association of
Heat and Frost Insulators and Asbestos Workers
Local No. 201

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF Dutchess     )

On May 26, 2004, before me Robert Ventura personally came to me known, who by me duly sworn, did depose and say that deponent is the person described herein, and who executed the foregoing RELEASE, and that deponent signed deponent's name thereto.

_____
Notary Public

VINCENT F. O'HARA
Notary Public, State of New York
No. 02OH4741923
Qualified in New York County
Commission Expires April 6, 2006

Exhibit "C"

## RELEASE

*TO ALL WHOM THESE PRESENTS SHALL COME OR CONCERN*, know that Asbestos Workers New York/New England Annuity and Health Funds, a multiemployer employee benefit plan within the meaning of the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.* ("ERISA"), located at 60 North Main Street, P.O. Box 5817, Wallingford, Connecticut 06492; Asbestos Workers New York/New England Education & Training Fund, a multiemployer employee benefit plan within the meaning of ERISA, located at P.O. Box 2010, Wappingers, New York 12590; and the International Association of Heat and Frost Insulators and Asbestos Workers Local No. 201, an association formed under the laws of the State of New York and a labor organization within the meaning of 29 U.S.C. § 185, located at P.O. Box 2010, Wappingers, New York 12590 (collectively "RELEASOR"), in consideration of the sum of Sixteen Thousand Dollars ($16,000.00), received from Environmental Workers of America, Inc. and John or Jane Doe Fiduciary (collectively "DEFENDANTS"), receipt whereof is hereby acknowledged, hereby

1. Release and discharge EWA, LLC ("RELEASEE"), RELEASEE'S employees, agents, fiduciaries, representatives, officers, directors, successors and assigns from any and all claims for delinquent fringe benefit contributions, union dues, assessments, penalties, liquidated damages, interest, costs, and attorney's fees owed to RELEASOR by DEFENDANTS, relating to work performed by RELEASOR on behalf of the DEFENDANTS during the period January 1, 1995 through September 30, 1999.

2. This RELEASE may not be changed orally.

Exhibit "D"

IN WITNESS WHEREOF, the RELEASOR has caused this RELEASE to be executed by its duly authorized officer(s) this 26th day of May, 2004.

In presence of:

Robert Ventura
_____
Trustee of the Asbestos Workers New York/
New England Annuity, Health and Education &
Training Funds

_____
Business Manager of the International Association of Heat and Frost Insulators and Asbestos Workers Local No. 201

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF Dutchess )

On May 26, 2004, before me Robert Ventura personally came to me known, who by me duly sworn, did depose and say that deponent is the person described herein, and who executed the foregoing RELEASE, and that deponent signed deponent's name thereto.

_____
Notary Public

VINCENT F. O'HARA
Notary Public, State of New York
No. 02OH4741923
Qualified in New York County
Commission Expires April 6, 2006

Exhibit "D"